United States District Court
Southern District of Texas

**ENTERED**

January 20, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **ADIL TANIS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00072** |
| | § | |
| **KRISTI NOEM,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## **ORDER**

Pending before the Court Adil Tanis's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. 1). Petitioner lists the following as respondents in their official capacities: U.S. Secretary of Homeland Security Kristi Noem; U.S. Attorney General Pamela Bondi; Acting Director of Immigration Customs Enforcement Todd M. Lyons; Director of the San Antonio Field Office of ICE's Enforcement and Removal Operations Division Sylvester Ortega; and Facility Administrator of the Rio Grande Processing Center. (Dkt. 1 at 1.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response and serve it on Petitioner no later than **January 27, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondent's response by **February 3, 2026.**

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. 1), and this Order on Respondents via certified mail.

Respondent U.S. Department of Homeland Security Secretary Kristi Noem or her designee may be served at:

1 / 3

**U.S. Department of Homeland Security**
**Office of General Counsel**
**245 Murray Lane SW**
**Mail Stop 0485**
**Washington, D.C. 20528**

Respondent Attorney General Pamela Bondi or her designee may be served at:

**United States Attorney General**
**950 Pennsylvania Avenue NW**
**Washington, D.C. 20530**

Respondent Acting Director of Immigration Customs Enforcement Todd M. Lyons or his

designee may be served at:

**Acting Director of Immigration Customs Enforcement**
**500 12th St SW**
**Washington, D.C. 20536**

Respondent Acting Director of the San Antonio Field Office of ICE's Enforcement and

Removal Operations Division Sylvester Ortega or his designee may be served at:

**Acting Field Office Director Enforcement and Removal Operations**
**1777 NE Loop 410, Floor 15**
**San Antonio, TX 78217**

Respondent Facility Administrator of the Rio Grande Processing Center or his designee

may be served at:

**Facility Administrator of the Rio Grande Processing Center**
**1001 San Rio Blvd**
**Laredo, TX 78046**

The Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), and this

Order via certified mail on the United States Attorney for the Southern District of Texas Nicholas

J. Ganjei at:

**Nicholas J. Ganjei**
**1000 Louisiana St.,**
**Suite 2300,**
**Houston, Texas 77002**

The Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney's Office in Laredo at:

**United States Attorney's Office**
**11204 McPherson Road, Suite 100A**
**Laredo, Texas 78045**

The Clerk of Court is also DIRECTED to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov as well as Hector.Ramirez@usdoj.gov.

Additionally, in order to maintain the status quo while the Court considers Petitioner's habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents may not transfer Petitioner outside of this Court's jurisdiction while the matter remains pending. *See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

IT IS SO ORDERED.

SIGNED this January 20, 2026.

Diana Saldaña
United States District Judge